IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40305
Summary Calendar
_____

EDWARD ALLEN MOORE,

Plaintiff-Appellant,

versus

JAMES A. COLLINS, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION, ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:91-CV-138
- - - - - - - - - -
October 23, 1996

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Edward Allen Moore, #305768, filed a civil rights action under 42 USC § 1983 relating to criminal charges that had been lodged against him by officials in St. Louis, Missouri pursuant to the Interstate Agreement on Detainers (IAD). Moore asserts that the district court erred in dismissing his complaint under Heck v. Humphrey, 114 S. Ct. 2364 (1994). It is plain that

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Moore's claims are claims for unlawful actions that could render any conviction in Missouri invalid.  Contrary to Moore's reasoning, Heck applies to his claims and they are not yet ripe. The district court did not err in its dismissal of this complaint.

AFFIRMED.